IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 30 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

VS.                                             CRIMINAL NO. 3:00cr70WN-001

ROBIN G. STROUD

## ORDER TO DISMISS JUDGMENT ORDER DATED FEBRUARY 4, 2005

This Cause is before the Court on a Motion from the United States Probation Office to dismiss the Judgment Order dated February 4, 2005 for the above defendant regarding the revocation of supervised release. The Probation Officer respectfully moves for a dismissal due to the defendant's death.

On February 4, 2005, the defendant, Robin G. Stroud, was sentenced to nine (9) months imprisonment and ordered to surrender to the United States Marshal Office within sixty (60) days of sentencing or upon receiving notification that bed space was available at the medical facility the Bureau of Prisons designated.

The Court was advised, by the United States Probation Office, that the defendant was designated to Devens Federal Medical Center at 42 Patton Road, Ayer, Massachusetts, 01432, but they were awaiting an available bed at this facility. Considering the defendant's personal medical care requirements, the Court ordered Stroud's self surrender date to be extended indefinitely, until bed space was available. The Order was filed June 22, 2005.

The Court was advised December 15, 2005, that Stroud had been designated in August 2005, but was unable to be transferred to Bureau of Prisons Custody, because he was hospitalized for an acute medical condition.

ORDER TO DISMISS JUDGMENT
ORDER DATED FEBRUARY 4, 2005
February 28, 2007
Page 2 of 2

In January 2007, Stroud was again approved for a bed at FMC Devens. Investigation by the U.S. Probation Office revealed that Stroud had passed away in August 2006. The U.S. Probation Office received confirmation of Stroud's death from the State Department of Health. Stroud passed away on August 2, 2006.

Based on the above information provided by the U.S. Probation Office, the Judgment Order filed February 16, 2005, is hereby dismissed without prejudice.

SO ORDERED this the 30th day of April, 2007.

HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE